(105 So. 922)

John F. BEILHART, etc., v. DRENNEN CO. DEPT. STORE et al. (6 Div. 349.) (Supreme Court of Alabama. Oct. 22, 1925.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. Transferred from Court of Appeals under Code 1923, § 7326. J. S. Kennedy and F. W. Davies, both of Birmingham, for appellant. J. L. Drennen, of Birmingham, for appellees.

SOMERVILLE, J. The case was tried by the court sitting without a jury. We cannot say that the finding of the trial court on the issues of fact presented is contrary to the great weight of the evidence, or is clearly wrong. The judgment is affirmed.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

---

(104 So. 916)

BIRMINGHAM TRUST & SAVINGS CO., Adm'r, v. Ella S. DUPUY. (6 Div. 404.) (Supreme Court of Alabama. May 28, 1925.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

(104 So. 916)

W. O. BROYLES v. DETROIT VAPOR STOVE CO. (6 Div. 434.) (Supreme Court of Alabama. May 21, 1925.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Affirmed on certificate on motion of appellee.

---

(104 So. 916)

A. B. CARGILE v. H. A. WISE et al. (7 Div. 569.) (Supreme Court of Alabama. June 30, 1925.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. E. O. McCord & Son, of Gadsden, for appellant. W. J. Boykin, of Gadsden, for appellees.

SOMERVILLE, J. Affirmed.

ANDERSON, C. J., and GARDNER and MILLER, JJ., concur.

---

(105 So. 922)

CITY OF BIRMINGHAM v. James A. HALL. (6 Div. 469.) (Supreme Court of Alabama. Oct. 29, 1925.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge. W. J. Wynn, of Birmingham, for appellant. London, Yancey & Brower, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement.

---

(104 So. 916)

Paul L. GOBLE et al. v. STATE. (6 Div. 317.) (Supreme Court of Alabama. May 28, 1925.) Appeal from Circuit Court, Jefferson County; William M. Walker, Judge. James J. Jackson, of Birmingham, for appellants. William Vaughan, of Birmingham, for the State.

THOMAS, J. Affirmed.